

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
  CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 7, 2020

Richard Cantu
TDCJ# 02270632
McConnell Unit
3001 South Emily Drive
Beeville, TX 78102

Patrick Ballantyne
Lahood Norton Law Group
40 N.E. Loop 410 Suite 525
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

John William Richmond
District Attorney
1105 A Street
Floresville, TX 78114
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-19-00494-CR
      Trial Court Case Number:   17-11-293-CRW
      Style:  Richard A. Cantu, Jr.
              v.
          The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

Krystal Perez
Deputy Clerk III
Fourth Court of Appeals
210-335-3854

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00494-CR

Richard A. **CANTU**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-11-293-CRW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on December 30, 2019. *See* TEX. R. APP. P. 38.6(a). After the extended due date, Appellant filed a third motion for a three-day extension of time to file the brief and the brief.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court